# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **THOMAS ALLAN** | ) |

## INFORMATION

### COUNT ONE
*Assault by Striking, Beating, and Wounding*
**[18 U.S.C. § 113(a)(4)]**

The United States Attorney charges that:

On or about the 1st day of March 2024, in Calhoun County, within the Northern District of Alabama, the Defendant,

**THOMAS ALLAN**,

on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, the Anniston Army Depot, Alabama, did assault G.E. by striking, beating, and wounding, in violation of Title 18, United States Code, Section 113(a)(4).

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*
DANIEL S. MCBRAYER
Assistant United States Attorney